B6F (Official Form 6F) (12/07)

In re **Zora E. Caesar**, Case No. **10-40485**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Unknown**<br><br>**Abbott Recovery LLC**<br>**1446 Abbott Road**<br>**Buffalo, NY 14218** | - | | **Unknown**<br>Unknown | | | | **Unknown** |
| Account No. **xxxx9122**<br><br>**Advance America Cash Advance**<br>**244 Atlantic Avenue**<br>**Pittsburg, CA 94565** | - | | 10/15/2008<br>personal loan | | | | 315.00 |
| Account No.<br><br>**AIS Services, LLC**<br>**8996 Miramar Road, Suite 220**<br>**San Diego, CA 92126** | - | | **Payday Loan** | | | | 390.00 |
| Account No.<br><br>**AIS Services, LLC** | - | | | | | | 0.00 |

**_5_** continuation sheets attached

Subtotal (Total of this page) **705.00**

Case: 10-40485   Doc# 11   Filed: 03/09/10   Entered: 03/09/10 19:08:43   Page 1 of 6
Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com   S/N:38653-100208   Best Case Bankruptcy

In re **Zora E. Caesar**, Case No. **10-40485**
            Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**AIS Services, LLC**<br>**8996 Miramar Road, Suite 220**<br>**San Diego, CA 92126** | | - | **Personal Loan** | | | | **390.00** |
| Account No. **xxx0097**<br><br>**American General Financial Services**<br>**3260 Lone Tree Way, Suite 100**<br>**Antioch, CA 94509-5558** | | - | **July 2008**<br>**Personal Loan** | | | | **2,800.00** |
| Account No. <br><br>**Ameriloan**<br>**3531 P Street N.W.**<br>**P.O. Box 111**<br>**Miami, OK 74355** | | - | **Payday Loan** | | | | **390.00** |
| Account No. **xxxx8719**<br><br>**Bureau of Collection Recovery LLC**<br>**7575 Corporate Way**<br>**Eden Prairie, MN 55344** | | - | **Overdrawn bank account-Wells Fargo** | | | | **176.94** |
| Account No. <br><br>**California Check Cashing Stores**<br>**Attn: Rebecca R. Fox, In House Counsel**<br>**P.O. Box 20813**<br>**Oakland, CA 94620** | | - | **Personal Loan** | | | | **315.00** |

Sheet no. **1** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **4,071.94**

In re **Zora E. Caesar**, Case No. **10-40485**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1101**<br><br>**Capital Management Services, LP**<br>**726 Exchange Street, Ste. 700**<br>**Buffalo, NY 14210** | | - | **Overdrawn Account-Washington Mutual** | | | | 211.47 |
| Account No.<br><br>**Carl Day**<br>**1281 Berkeley Way**<br>**Berkeley, CA 94702** | | - | **Judgement entered 2/8/2008**<br>**Unpaid rent** | | | | 1,426.00 |
| Account No.<br><br>**Cash Advance Network**<br>**c/o ACA Recovery**<br>**38 E. Ridgewood Ave., Box 395**<br>**Ridgewood, NJ 07450** | | - | **Cash Advance** | | | | 390.00 |
| Account No. **xxx5203**<br><br>**CashCall, Inc.**<br>**P.O. Box 66007**<br>**Anaheim, CA 92816** | | - | **April 2008**<br>**Personal Loan** | | | | 2,609.50 |
| Account No. **xxxx-xxxx-xxxx-0850**<br><br>**Chase**<br>**Attn: Correspondence Department**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | | - | **Credit Card** | | | | 999.51 |

Sheet no. **2** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,636.48**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zora E. Caesar**, Case No. **10-40485**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community (H/W/J/C) | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Check 'n Go**<br>**Attn: Bankruptcy Department**<br>**4540 Cooper Road, Suite 200**<br>**Cincinnati, OH 45242** | | - | **Payday Loan** | | | | 127.00 |
| Account No. **xx-xx0726**<br>**Cosumnes Community Services District**<br>**P.O. Box 269110**<br>**Sacramento, CA 95826-9110** | | - | **January 2007**<br>**Ambulance Services** | | | | 809.00 |
| Account No. **xxxx-xxxx-xxxx-0730**<br>**HSBC Bank**<br>**Attn: Bankruptcy**<br>**P.O. Box 5253**<br>**Carol Stream, IL 60197** | | - | **Credit Card** | | | | 394.88 |
| Account No. **xxxxxxxx-692-0**<br>**Macy's**<br>**Attn: Bankruptcy Processing**<br>**P.O. Box 8053**<br>**Mason, OH 45040** | | - | **Credit Card** | | | | 98.25 |
| Account No. **xxxx-xxxx-xxxx-0895**<br>**Merrick Bank**<br>**P.O. Box 9201**<br>**Old Bethpage, NY 11804** | | - | **Credit Card** | | | | 921.79 |

Sheet no. **3** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,350.92**

In re **Zora E. Caesar**, Case No. **10-40485**
　　　　　　　　　　Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx-xxxx-xxxx-5855** <br> **Plains Commerce Bank** <br> **Attn: Bankruptcy Department** <br> **2101 W. 51st Street, Suite 34** <br> **Sioux Falls, SD 57105** | | - | **Credit Card** | | | | 464.00 |
| Account No. **xx xxxxxxxx xxxxxe #101** <br> **Sierra Pacific Properties, Inc.** <br> **1800 Willow Pass Court** <br> **Concord, CA 94520** | | - | **October 2008** <br> **Unpaid Rent** | | | | 715.14 |
| Account No. **xxxxx5356** <br> **Sprint** <br> **P.O. Box 3827** <br> **Englewood, CO 80155-3827** | | - | **June 2009** <br> **Telephone Service** | | | | 232.84 |
| Account No. <br> **United Cash Loans** <br> **3531 P Street N.W.** <br> **P.O. Box 111** <br> **Miami, OK 74355** | | - | **Cash Advance** | | | | 390.00 |
| Account No. **xxxxx5356** <br> **West Asset Management** <br> **3432 Jefferson Avenue** <br> **Texarkana, AR 71854-2747** | | - | **7/17/09** <br> **Sprint Telephone Services** | | | | 139.98 |

Sheet no. **4** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **1,941.96**

B6F (Official Form 6F) (12/07) - Cont.

In re **Zora E. Caesar**, Case No. **10-40485**
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Zip19.com<br>Level 8, Plaza Commercial Centre<br>Bisazza Street<br>Sliema SLM 1640, Malta | | - | December 2009<br>unsecured personal loan | | | | 525.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **5** of **5** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **525.00**

Total (Report on Summary of Schedules) **15,231.30**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy